IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARIA DEL RASARIO OROSCO, #14231-078 | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:23cv98<br>CRIMINAL ACTION NO. 4:07cr42(6) |
| UNITED STATES OF AMERICA | § § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Aileen Goldman Durrett,[1] who issued a Report and Recommendation (Dkt. #5) recommending that the Motion to Vacate, Set Aside, or Correct Sentence be dismissed without prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[2] the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 23rd day of September, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] The case was reassigned to United States Magistrate Judge Bill Davis on September 3, 2024.

[2] A copy of the Report and Recommendation (Dkt. #5) was returned as undeliverable on September 17, 2024 and marked, "Return to Sender-Not Deliverable as Addressed-Unable to Forward" and "Return to Sender-Not at this Address." (Dkt. #6). Movant has not updated her address with the Court.